# ˙Court of Appeals
# of the State of Georgia

ATLANTA, June 25, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2031. RONALD L. WASHINGTON v. LAVERNE M. BALLARD.

Ronald L. Washington and Laverne Ballard are the divorced parents of a minor child. In November 2024, Ballard filed a petition for contempt, alleging that Washington had failed to pay child support and medical expenses as required by court order. On April 10, 2025, the trial court found Washington in contempt, and Washington has filed this direct appeal.[1] We lack jurisdiction.

Appeals from judgments or orders in domestic relations cases including orders "holding or declining to hold persons in contempt" must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2), (b); see *Russo v. Manning*, 252 Ga. 155, 156 (312 SE2d 319) (1984) ("A judgment of contempt regarding a domestic relations decree is appealable only by application for discretionary appeal."). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation

---

[1] After the trial court entered its April 10 order, Washington filed a motion for reconsideration and/or to dismiss, which the trial court denied. Washington's notice of appeal purports to appeal from the trial court's denial of his motion for reconsideration and/or to dismiss, but the denial of a motion for reconsideration is not itself appealable. *Savage v. Newsome*, 173 Ga. App. 271, 271-272 (326 SE2d 5) (1985).

omitted).Washington's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this case, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  06/25/2025*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*